JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VXB & ORFWID, INC., dba "LOST + WANDER," a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RAILS INTERNATIONAL, LLC, a California Limited Liability Company; NORDSTROM, INC., a Washington Corporation; SAKS.COM, LLC, a Delaware Limited Liability Company; SAKS OFF 5TH, LLC, a Delaware Limited Liability Company; and DOES 1-10,<br><br>Defendants. | Case No. CV 22-3486-GW-RAOx<br><br>**ORDER GRANTING STIPULATED VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

GOOD CAUSE appearing from the parties' stipulation, IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITH PREJUDICE.

DATED this 9th day of February, 2023.

_George H. Wu_
Hon. George H. Wu
United States District Judge

